# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMANN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, Plaintiffs, v. BARTLETT SEWER & WATER, INC., Defendant. | Docket Number:  **07 C 6837**<br><br>Assigned Judge:  **JUDGE ZAGEL**<br>**MAGISTRATE JUDGE DENLOW**<br><br>Designated Magistrate Judge: |

TO:   Bartlett Sewer & Water, Inc.
c/o Sharon Capasso, Registered Agent
722 Fairview Lane
Bartlett, IL 60103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Girley*

**(By) DEPUTY CLERK**

Date

**December 4, 2007**
Date


EXHIBIT A

# Affidavit of Process Server

United States District Court, Northern District of Illinois, Eastern Division
(NAME OF COURT)

| Mike Shales, et al. | vs Bartlett Sewer & Water, Inc. | 07 C 6837 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Robert Brady, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Bartlett Sewer & Water, Inc. c/o its Registered Agent Sharon Capasso
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Case and Complaint

by leaving with _____ NAME _____ RELATIONSHIP _____ At

☒ Residence 722 Fairview Lane, Bartlett, IL 60103
      ADDRESS                                    CITY / STATE

☐ Business _____
      ADDRESS                                    CITY / STATE

On _____ DATE _____ AT _____ TIME _____

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE _____

from _____ CITY _____ STATE _____ ZIP _____

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☒ Moved, Left no Forwarding      ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☒ Other house is vacant

**Service Attempts:** Service was attempted on: (1) 12/12/07  3:35 pm   (2) _____
                                                   DATE      TIME             DATE      TIME
(3) _____       (4) _____       (5) _____
    DATE  TIME       DATE  TIME       DATE  TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 17th day of DECEMBER, 2007

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of ILLINOIS

9844

| | | |
|---|---|---|
| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6240-4795 |
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JAN 0 2 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date:<br>Filing Fee: $10<br>Approved: Rsh |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Shales, et al. _____ first named plaintiff

   v.

   Barlett Sewer & Water, Inc. _____ first named defendant    Number 07 C 6837

2. Name of corporation being served: Bartlett Sewer & Water, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: US District Court, Illinois
4. Title of instrument being served: Complaint & Summons
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☒ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, ____ ; the conditions
              Month & Day          Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, ____
              Month & Day        Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Sharon Capasso, P.O. Box 8265, Bartlett, IL 60103

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____    December 20    2007
   Signature of Affiant         Month & Day    Year

   ( 312 )    372-1361
              Telephone Number

**Return to (please type or print clearly):**

LaKisha M. Kinsey-Sallis
Name
8 S. Michigan Avenue, 19th Floor
Street
Chicago, IL 60603
City/Town    State    ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10