## CERTIFICATE OF SERVICE

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certifies that I will cause to be served a copy of the foregoing Plaintiffs' Motion for Entry of Default and the attached proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on January 31, 2008, before 5:00 p.m., with proper postage at the address indicated.

    Bartlett Sewer & Water, Inc.
    c/o Sharon Capasso, President & Registered Agent
    P.O. Box 8265
    Bartlett, IL 60103

    Bartlett Sewer & Water, Inc.
    c/o Sharon Capasso, President & Registered Agent
    722 Fairview Lane
    Bartlett, IL 60103

    /s/ LaKisha M. Kinsey-Sallis
    LaKisha M. Kinsey-Sallis
    One of Plaintiffs' Attorneys