IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** ) ) ) ) ) ) | |
| and ) ) | Case No. 07 C 6837 |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** ) ) ) ) ) ) | |
| ) | Judge Zagel |
| **Plaintiffs,** ) ) | Magistrate Judge Denlow |
| v. ) ) | |
| **BARTLETT SEWER & WATER, INC,** ) ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

TO:   Bartlett Sewer & Water, Inc.
c/o Sharon Capasso, President & Registered Agent
P.O. Box 8265
Bartlett, IL 60103

Bartlett Sewer & Water, Inc.
c/o Sharon Capasso, President & Registered Agent
722 Fairview Lane
Bartlett, IL 60103

   PLEASE TAKE NOTICE that on Thursday, February 14, 2008 at 10:15 a.m., or as soon as thereafter I may be heard, I will before the Honorable James B. Zagel, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2503 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Entry of Default, a copy of which is attached and served upon you.

          Respectfully Submitted,

          <u>/s/ LaKisha M. Kinsey-Sallis</u>
          LaKisha M. Kinsey-Sallis
          One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steve W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361