# Levinson Simon & Sprung, P.C.
## Summary Report
### Report Date: 9/13/2007

Page 1

Employees

Others/Unknown

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687
Audit Period: 1/1/2005 thru 7/31/2007

## ALL FUNDS EXCEPT DUES, LDCLMCC AND LECET (8010)

| Benefit | Year | Amount | Totals |
|---------|------|--------|--------|
| CISCO | 2005 | 5.72 | |
| | 2006 | 0.32 | |
| | | | 6.04 |
| IAF | 2005 | 34.32 | |
| | 2006 | 1.92 | |
| | | | 36.24 |
| Pension Fund | 2005 | 2,379.60 | |
| | 2006 | 134.40 | |
| | | | 2,514.00 |
| Safety Fund | 2005 | 5.72 | |
| | 2006 | 0.32 | |
| | | | 6.04 |
| Training Fund | 2005 | 97.24 | |
| | 2006 | 5.44 | |
| | | | 102.68 |
| Welfare Fund | 2005 | 3,718.20 | |
| | 2006 | 211.20 | |
| | | | 3,929.40 |
| | | | 6,594.40 |

### Summary by Year

| | Year | Totals |
|---|------|--------|
| | **2005** | 6,240.80 |
| | **2006** | 353.60 |
| | | 6,594.40 |

| Manager: Betar, Leia |
|----------------------|
| Auditor: Collins, Latonya |

EXHIBIT
4

# Levinson Simon & Sprung, P.C.
## Detail Report
**Report Date: 9/13/2007**

Page 2
Employees

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687
Contract: Laborers Road Contract #8010          Year: 2005          Others/Unknown

**Contribution Rates**

| Regular | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CISCO | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 |
| IAF | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 |
| Pension Fund | 3.9000 | 3.9000 | 3.9000 | 3.9000 | 3.9000 | 4.2000 | 4.2000 | 4.2000 | 4.2000 | 4.2000 | 4.2000 | 4.2000 |
| Safety Fund | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 |
| Training Fund | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 |
| Welfare Fund | 5.8500 | 5.8500 | 5.8500 | 5.8500 | 5.8500 | 6.6000 | 6.6000 | 6.6000 | 6.6000 | 6.6000 | 6.6000 | 6.6000 |
| | 10.0000 | 10.0000 | 10.0000 | 10.0000 | 10.0000 | 11.0500 | 11.0500 | 11.0500 | 11.0500 | 11.0500 | 11.0500 | 11.0500 |

Contributions computed by Amount per Hour

**Contributions**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CISCO | .76 | | | | | | 1.20 | .64 | .60 | .72 | 1.15 | .65 | 5.72 |
| IAF | 4.56 | | | | | | 7.20 | 3.84 | 3.60 | 4.32 | 6.90 | 3.90 | 34.32 |
| Pension Fund | 296.40 | | | | | | 504.00 | 268.80 | 252.00 | 302.40 | 483.00 | 273.00 | 2,379.60 |
| Safety Fund | .76 | | | | | | 1.20 | .64 | .60 | .72 | 1.15 | .65 | 5.72 |
| Training Fund | 12.92 | | | | | | 20.40 | 10.88 | 10.20 | 12.24 | 19.55 | 11.05 | 97.24 |
| Welfare Fund | 444.60 | | | | | | 792.00 | 422.40 | 396.00 | 475.20 | 759.00 | 429.00 | 3,718.20 |
| Total | 760.00 | | | | | | 1,326.00 | 707.20 | 663.00 | 795.60 | 1,270.75 | 718.25 | 6,240.80 |

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687          Year: 2005
Contract: Laborers Road Contract #8010

Employees
Others/Unknown

Contributions computed by Amount per Hour

**Hours**

**Individuals**

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, LUIS | 572.000 | 76.000 | | | | | | 120.000 | 64.000 | 80.000 | 72.000 | 115.000 | 65.000 |
| Total Individuals | 572.000 | 76.000 | | | | | | 120.000 | 64.000 | 80.000 | 72.000 | 115.000 | 65.000 |

**Contributions**

**Individuals**

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, LUIS | 6,240.80 | 760.00 | | | | | | 1,326.00 | 707.20 | 663.00 | 795.60 | 1,270.75 | 718.25 |
| Total Individuals | 6,240.80 | 760.00 | | | | | | 1,326.00 | 707.20 | 663.00 | 795.60 | 1,270.75 | 718.25 |

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 9/13/2007

Page 4
Employees
Others/Unknown

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687          Year: 2006
Contract: Laborers Road Contract #8010

Contributions computed by Amount per Hour

| Contribution Rates Regular | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CISCO | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 |
| UAF | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 | .0600 |
| Pension Fund | 4.2000 | 4.2000 | 4.2000 | 4.2000 | 4.2000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 |
| Safety Fund | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 | .0100 |
| Training Fund | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 |
| Welfare Fund | 6.6000 | 6.6000 | 6.6000 | 6.6000 | 6.6000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 |
| | 11.0500 | 11.0500 | 11.0500 | 11.0500 | 11.0500 | 12.5500 | 12.5500 | 12.5500 | 12.5500 | 12.5500 | 12.5500 | 12.5500 |

| Contributions | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CISCO | | | | .32 | | | | | | | | |
| IAF | | | | 1.92 | | | | | | | | |
| Pension Fund | | | | 134.40 | | | | | | | | |
| Safety Fund | | | | .32 | | | | | | | | |
| Training Fund | | | | 5.44 | | | | | | | | |
| Welfare Fund | | | | 211.20 | | | | | | | | |
| Total | | | | 353.60 | | | | | | | | |

Levinson Simon & Sprung, P.C.

**Detail Report**

**Report Date: 9/13/2007**

Page 5

Employees

Others/Unknown

Fox Valley Laborers
BARTLETT SEWER & WATER

Case #: FVLAB-0907-687          Year: 2006

Contract: Laborers Road Contract #8010

Contributions computed by Amount per Hour

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | | | | | |
| **Others/Unknown** | | | | | | | | | | | | | |
| *OLEWINSKI, P. | 32.000 | | | | 32.000 | | | | | | | | |
| *Total Others/Unknown* | 32.000 | | | | 32.000 | | | | | | | | |
| | 32.000 | | | | 32.000 | | | | | | | | |
| | | | | | | | | | | | | | |
| **Contributions** | | | | | | | | | | | | | |
| **Others/Unknown** | | | | | | | | | | | | | |
| *OLEWINSKI, P. | 353.60 | | | | 353.60 | | | | | | | | |
| *Total Others/Unknown* | 353.60 | | | | 353.60 | | | | | | | | |
| | 353.60 | | | | 353.60 | | | | | | | | |

# Levinson Simon & Sprung, P.C.
## Summary Report
### Report Date: 9/13/2007

Page 6

Fox Valley Laborers
BARTLETT SEWER & WATER
      Case #: FVLAB-0907-687
      Audit Period: 1/1/2005 thru 7/31/2007

Employees
Subcontractors

### DUES, LDCLMCC AND LECET ONLY (8010)

| Benefit | Year | Amount | Totals |
|---------|------|--------|--------|
| **Dues** | 2005 | 300.27 | |
| | 2006 | 21.11 | |
| | | | 321.38 |
| **LDCLMCC** | 2005 | 68.64 | |
| | 2006 | 4.80 | |
| | | | 73.44 |
| **LECET** | 2005 | 28.60 | |
| | 2006 | 2.00 | |
| | | | 30.60 |
| | | | 425.42 |

### Summary by Year

| | | |
|---|---|---|
| Manager: Betar, Leia | **2005** | 397.51 |
| Auditor: Collins, Latonya | **2006** | 27.91 |
| | | 425.42 |

# Levinson Simon & Sprung, P.C.
## Detail Report
### Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687
Contract: Laborers Road Contract #8010          Year: 2005

### Contributions computed as percentage of Dollars Paid

| Contribution Rates | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | | | | | | | | | | |
| Dues | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |
| Dues | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |

| Contributions | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 300.27 | 38.57 | | | | | | 63.32 | 33.77 | 31.66 | 37.99 | 60.68 | 34.30 |
| | 300.27 | 38.57 | | | | | | 63.32 | 33.77 | 31.66 | 37.99 | 60.68 | 34.30 |

### Contributions computed by Amount per Hour

| Contribution Rates | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | | | | | | | | | | |
| LDCLMCC | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 |
| LECET | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 |
| | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 |

| Contributions | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LDCLMCC | 68.64 | 9.12 | | | | | | 14.40 | 7.68 | 7.20 | 8.64 | 13.80 | 7.80 |
| LECET | 28.60 | 3.80 | | | | | | 6.00 | 3.20 | 3.00 | 3.60 | 5.75 | 3.25 |
| Total | 97.24 | 12.92 | | | | | | 20.40 | 10.88 | 10.20 | 12.24 | 19.55 | 11.05 |

# Levinson Simon & Sprung, P.C.
## Detail Report
### Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687          Year: 2005
Contract: Laborers Road Contract #8010

### Contributions computed as Percentage of Dollars Paid

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dollars** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| HERNANDEZ, LUIS | 17,153.44 | 2,204.00 | | | | | | 3,618.00 | 1,929.60 | 1,809.00 | 2,170.80 | 3,467.25 | 1,959.79 |
| *Total Individuals* | 17,153.44 | 2,204.00 | | | | | | 3,618.00 | 1,929.60 | 1,809.00 | 2,170.80 | 3,467.25 | 1,959.79 |
| Total | 17,153.44 | 2,204.00 | | | | | | 3,618.00 | 1,929.60 | 1,809.00 | 2,170.80 | 3,467.25 | 1,959.79 |
| **Contributions** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| HERNANDEZ, LUIS | 300.28 | 38.57 | | | | | | 63.31 | 33.77 | 31.66 | 37.99 | 60.68 | 34.30 |
| *Total Individuals* | 300.28 | 38.57 | | | | | | 63.31 | 33.77 | 31.66 | 37.99 | 60.68 | 34.30 |
| Total | 300.28 | 38.57 | | | | | | 63.31 | 33.77 | 31.66 | 37.99 | 60.68 | 34.30 |

**Levinson Simon & Sprung, P.C.**
Detail Report
Report Date: 9/13/2007

Page 9
Employees
Subcontractors

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687     Year: 2005
Contract: Laborers Road Contract #8010

Contributions computed by Amount per Hour

**Hours**

| Individuals | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, LUIS | 572.000 | 76.000 | | | | | | 120.000 | 84.000 | 60.000 | 72.000 | 115.000 | 65.000 |
| *Total/Individuals* | 572.000 | 76.000 | | | | | | 120.000 | 84.000 | 60.000 | 72.000 | 115.000 | 65.000 |
| **Total Individuals** | 572.000 | 76.000 | | | | | | 120.000 | 84.000 | 60.000 | 72.000 | 115.000 | 65.000 |

**Contributions**

| Individuals | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, LUIS | 97.24 | 12.92 | | | | | | 20.40 | 10.88 | 10.20 | 12.24 | 19.55 | 11.05 |
| *Total/Individuals* | 97.24 | 12.92 | | | | | | 20.40 | 10.88 | 10.20 | 12.24 | 19.55 | 11.05 |
| **Total Individuals** | 97.24 | 12.92 | | | | | | 20.40 | 10.88 | 10.20 | 12.24 | 19.55 | 11.05 |

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687
Contract: Laborers Road Contract #8010    Year: 2006

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 9/13/2007**

Page 10
Employees
Subcontractors

### Contributions computed as percentage of Dollars Paid

| Contribution Rates | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Dues | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |
| Contributions Dues | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 21.11 | 21.11 | 21.11 | 21.11 | | | | | | | | |
| | 21.11 | | | 21.11 | | | | | | | | |

### Contributions computed by Amount per Hour

| Contribution Rates | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 |
| LDCLMCC | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 |
| LECET | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 |

| Contributions | January | February | March | April |
|---|---|---|---|---|
| LDCLMCC | 4.80 | 4.80 | | |
| LECET | 2.00 | 2.00 | | |
| Total | 6.80 | 6.80 | | |

**Levinson Simon & Sprung, P.C.**
Detail Report
**Report Date: 9/13/2007**

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687          Year: 2006
Contract: Laborers Road Contract #6010

Contributions computed as Percentage of Dollars Paid

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dollars** | | | | | | | | | | | | | |
| **Subcontractors** | | | | | | | | | | | | | |
| *OLEWINSKI, PATR | 1,206.00 | | | | 1,206.00 | | | | | | | | |
| *Total Subcontractors* | 1,206.00 | | | | 1,206.00 | | | | | | | | |
| | 1,206.00 | | | | 1,206.00 | | | | | | | | |
| **Contributions** | | | | | | | | | | | | | |
| **Subcontractors** | | | | | | | | | | | | | |
| *OLEWINSKI, PATR | 21.11 | | | | 21.11 | | | | | | | | |
| *Total Subcontractors* | 21.11 | | | | 21.11 | | | | | | | | |
| | 21.11 | | | | 21.11 | | | | | | | | |

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-687         Year: 2006
Contract: Laborers Road Contract #8010

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 9/13/2007

Page 12
Employees
Subcontractors

Contributions computed by Amount per Hour

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | | | | | |
| **Subcontractors** | | | | | | | | | | | | | |
| *OLEWINSKI, PATR | 40.000 | | | | 40.000 | | | | | | | | |
| *Total Subcontractors* | 40.000 | | | | 40.000 | | | | | | | | |
| | 40.000 | | | | 40.000 | | | | | | | | |
| **Contributions** | | | | | | | | | | | | | |
| **Subcontractors** | | | | | | | | | | | | | |
| *OLEWINSKI, PATR | 6.80 | | | | 6.80 | | | | | | | | |
| *Total Subcontractors* | 6.80 | | | | 6.80 | | | | | | | | |
| | 6.80 | | | | 6.80 | | | | | | | | |

# Levinson Simon & Sprung, P.C.
## Summary Report
### Report Date: 9/13/2007

Page 13

Employees

Fox Valley Laborers
BARTLETT SEWER & WATER
    Case #: FVLAB-0907-688
    Audit Period: 1/1/2005 thru 7/31/2007

## ALL FUNDS EXCEPT DUES, LDCLMCC, LECET AND CAICA

| Benefit | Year | Amount | Totals |
|---|---|---|---|
| Pension Fund | 2006 | 707.63 | |
| | | | 707.63 |
| Training Fund | 2006 | 23.59 | |
| | | | 23.59 |
| Welfare Fund | 2006 | 999.00 | |
| | | | 999.00 |
| | | | 1,730.21 |

### Summary by Year

| | Year | Totals |
|---|---|---|
| | 2006 | 1,730.21 |
| | | 1,730.21 |

Manager: Betar, Leia
Auditor: Collins, Latonya

Levinson Simon & Sprung, P.C.

Detail Report

Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-688
Contract: ROAD CONTRACT (CAICA)     Year: 2006

Contributions computed by Amount per Hour

| Contribution Rates | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | | | | | | | | | | |
| Pension Fund | | | | | | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 | 5.1000 |
| Training Fund | | | | | | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 | .1700 |
| Welfare Fund | | | | | | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 | 7.2000 |
| | | | | | | 12.4700 | 12.4700 | 12.4700 | 12.4700 | 12.4700 | 12.4700 | 12.4700 |

| Contributions | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension Fund | | | | | | | | | | | | 707.63 |
| Training Fund | | | | | | | | | | | | 23.59 |
| Welfare Fund | | | | | | | | | | | | 999.00 |
| Total | | | | | | | | | | | | 1,730.21 |

707.63
23.59
999.00

1,730.21

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-688          Year: 2006
Contract: ROAD CONTRACT (CAICA)

Contributions computed by Amount per Hour

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| OLEWINSKI, PATR ▰▰▰ | 138.750 | | | | | | | | | | | | 138.750 |
| *Total/Individuals* | 138.750 | | | | | | | | | | | | 138.750 |
| | 138.750 | | | | | | | | | | | | 138.750 |
| | | | | | | | | | | | | | |
| **Contributions** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| OLEWINSKI, PATR ▰▰▰ | 1,730.21 | | | | | | | | | | | | 1,730.21 |
| *Total/Individuals* | 1,730.21 | | | | | | | | | | | | 1,730.21 |
| | 1,730.21 | | | | | | | | | | | | 1,730.21 |

# Levinson Simon & Sprung, P.C.
## Summary Report
### Report Date: 9/13/2007

Page 16

Employees

Fox Valley Laborers
BARTLETT SEWER & WATER
    Case #: FVLAB-0907-688
    Audit Period: 1/1/2005 thru 7/31/2007

## DUES, LDCLMCC, LECET AND CAICA ONLY

| Benefit | Year | Amount | Totals |
|---------|------|--------|--------|
| CAICA | 2006 | 11.10 | |
| | | | 11.10 |
| Dues | 2006 | 76.61 | |
| | | | 76.61 |
| LDCLMCC | 2006 | 16.65 | |
| | | | 16.65 |
| LECET | 2006 | 6.94 | |
| | | | 6.94 |
| | | | 111.29 |

## Summary by Year

| | | |
|---|---|---|
| **2006** | | 111.29 |
| | | 111.29 |

Manager: Betar, Leia
 Auditor: Collins, Latonya

# Levinson Simon & Sprung, P.C.
## Detail Report
### Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-688
Contract: ROAD CONTRACT (CAICA)          Year: 2006

**Contributions computed as percentage of Dollars Paid**

| Contribution Rates Regular | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |
| Dues | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% | 1.750% |

| Contributions | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 76.61 | | | | | | | | | | | | 76.61 |
| | 76.61 | | | | | | | | | | | | 76.61 |

**Contributions computed by Amount per Hour**

| Contribution Rates Regular | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAICA | | | | | | .0800 | .0800 | .0800 | .0800 | .0800 | .0800 | .0800 |
| LDCLMCC | | | | | | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 | .1200 |
| LDCLMCC | | | | | | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 | .0500 |
| LECET | | | | | | .2500 | .2500 | .2500 | .2500 | .2500 | .2500 | .2500 |

| Contributions | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAICA | 11.10 | | | | | | | | | | | | 11.10 |
| LDCLMCC | 16.65 | | | | | | | | | | | | 16.65 |
| LECET | 6.94 | | | | | | | | | | | | 6.94 |
| Total | 34.69 | | | | | | | | | | | | 34.69 |

# Levinson Simon & Sprung, P.C.
## Detail Report
### Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-688
Contract: ROAD CONTRACT (CAICA)          Year: 2006

Contributions computed as Percentage of Dollars Paid

| | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dollars** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| OLEWINSKI, PATR ⬛ | 4,377.56 | | | | | | | | | | | | 4,377.56 |
| Total Individuals | 4,377.56 | | | | | | | | | | | | 4,377.56 |
| | 4,377.56 | | | | | | | | | | | | 4,377.56 |
| **Contributions** | | | | | | | | | | | | | |
| **Individuals** | | | | | | | | | | | | | |
| OLEWINSKI, PATR ⬛ | 76.61 | | | | | | | | | | | | 76.61 |
| Total Individuals | 76.61 | | | | | | | | | | | | 76.61 |
| | 76.61 | | | | | | | | | | | | 76.61 |

**Levinson Simon & Sprung, P.C.**
Detail Report
Report Date: 9/13/2007

Fox Valley Laborers
BARTLETT SEWER & WATER
Case #: FVLAB-0907-688
Contract: ROAD CONTRACT (CAICA)      Year: 2006

Contributions computed by Amount per Hour

**Hours**

| Individuals | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OLEWINSKI, PATR ⬤ | 138.750 | | | | | | | | | | | | 138.750 |
| *Total Individuals* | 138.750 | | | | | | | | | | | | 138.750 |
| | 138.750 | | | | | | | | | | | | 138.750 |

**Contributions**

| Individuals | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OLEWINSKI, PATR ⬤ | 34.69 | | | | | | | | | | | | 34.69 |
| *Total Individuals* | 34.69 | | | | | | | | | | | | 34.69 |
| | 34.69 | | | | | | | | | | | | 34.69 |

## AFFIDAVIT OF PATRICIA M. SHALES

COUNTY OF KANE   )
         ) SS
STATE OF ILLINOIS   )

I, Patricia M. Shales, of full age, being duly sworn on my oath, hereby depose and say as follows:

1.  I am the Administrative Manager of the Fox Valley Laborers Fringe Benefit Funds, (the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2.  I have responsibility for maintaining Bartlett Sewer & Water, Inc.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds. I have similar responsibilities on behalf of Plaintiffs for employers who are signatory to collective bargaining agreements with the Laborers' District Council and/or Fox Valley area local unions requiring employer contributions to the Funds.

3.  Pursuant to the terms of the collective bargaining agreements, signatory employers are required to make contributions to the Funds on behalf of their covered employees.

4.  Defendant Bartlett Sewer & Water, Inc., (hereinafter "Defendant Company") is signatory on the collective bargaining agreements. As a result, Defendant Company was required to file monthly reports and contribute $11.07 per hour, per employee to the Funds for relevant periods beginning January 2006; $12.47 per hour, per employee to the Funds for relevant periods beginning in November 2006; and $13.87 per hour, per employee to the Funds for relevant periods beginning June 1, 2007.



5.    Moreover, employers bound by the collective bargaining agreements, for all periods relevant to this lawsuit, have been required to submit $0.12 per hour worked by their employees for Labor Management Cooperation Committee ("LMCC") contributions, $0.05 per hour worked by their employees for Laborers-Employers Cooperation and Education Trust ("LECET") contributions and $0.08 per hour worked by their employees for Chicago Area Independent Contractors Association ("CAICA") contributions.    An employee's hourly wages is set forth in the collective bargaining agreement and varies depending upon whether the employee is entitled to overtime or other premiums.  Employers bound by the collective bargaining agreements must deduct and remit one and three quarters percent (1.75%) of the employees' gross wages as union dues for periods prior to June 1, 2007 and two and three quarters percent (2.75%) for periods after June 1, 2007.

6.    Under the collective bargaining agreements and trust agreements, delinquent contributions to the Funds incur liquidated damages of 20% once a lawsuit is filed; delinquent contributions to the ancillary funds and delinquent union dues incur liquidated damages of 10%; and under the labor agreement and trust agreements, employers are liable for interest on delinquent contributions at a rate of 2% compounded monthly until paid, and auditor's fees, attorneys' fees and other costs of collection.

7.    Notwithstanding its obligations under the collective bargaining agreements, as revealed pursuant to an audit for the period of January 1, 2005 through July 31, 2007, the Defendant Company has failed to timely report and pay contributions and dues owed to the Funds and the Affiliated Organizations, thereby depriving the Funds and the Affiliated Organizations of contributions, income and information needed to administer the Funds, and jeopardizing the welfare and pension benefits of participants and beneficiaries.

2

8.    Based on the audit, for the period of January 1, 2005 through July 31, 2007, the

Defendant Company owes the following amounts for unpaid contributions, dues, liquidated

damages, interest, and audit costs but not attorneys' fees and costs which the Defendant

Company is also liable to pay:

| | |
|---|---|
| Pension (01/05-7/07) | $ 3,221.63 |
| Safety | $ 6.04 |
| Training | $ 126.27 |
| Welfare | $ 4,928.40 |
| CAICA | $ 11.10 |
| CISCO | $ 6.04 |
| IAF | $ 36.24 |
| Dues | $ 397.99 |
| LDCLMCC | $ 90.09 |
| LECET | $ 37.54 |
| **Subtotal:** | **$ 8,861.34** |
| Liquidated Damages @ 20% | $ 1,664.74 |
| Liquidated Damages @ 10% | $ 53.76 |
| Interest | $ 4,027.12 |
| Audit Fee | $ 913.54 |
| **Total** | **$15,520.50** |

9.    Under the collective bargaining agreement, Defendant Company must also pay all

reasonable attorneys' fees and costs of collection.

I have read the foregoing affidavit and swear that it is true and correct to the best of my

knowledge, information, and belief.

_____
Patricia M. Shales

Subscribed and sworn to by
Patricia M. Shales, whose signature
is known to me, this _28th_ day of
_February_, 2008.

_____
Notary Public

> "OFFICIAL SEAL"
> ELSA I. CONTRERAS
> ARY PUBLIC, STATE OF ILLINOIS
> OMMISSION EXPIRES 11/14/2009

3



<u>**AFFIDAVIT OF LAKISHA M. KINSEY-SALLIS**</u>

**COUNTY OF COOK**          )
                                    ) SS
**STATE OF ILLINOIS**         )

      I, LaKisha M. Kinsey-Sallis, of full age, being duly sworn on my oath, hereby depose and say as follows:

      1.      I am an attorney admitted to the regular bar of this Court and the State of Illinois.

      2.      I am an associate in the firm Dowd, Bloch & Bennett where I practice exclusively in the areas of ERISA, labor and employment law.  In this position I have responsibility in representing Plaintiffs in case number 07-C-6837.

      3.      This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

      4.      Through the filing of this motion, the Firm has devoted a total of approximately 15.00 hours to the representation of the Fox Valley Laborers' Health and Welfare Fund and the Fox Valley Laborers' Pension Fund (collectively the "Funds") in connection with this case.  This includes time spent conferring with my client, preparing correspondence to my client and to the Defendant and/or a representative for the Defendant, discussing the status of the audit with my client, a representative of the Defendant and the Funds' auditors, reviewing the audit findings, preparing demand letters, preparing the Complaint and related documents, discussing the status of service on the Defendants with the process servers, researching the Defendant Company's corporate structure, researching the status of Company's officers' bankruptcy and/or probate proceedings, preparing the necessary documents to serve the Company through the Secretary of State, preparing the Complaint and related documents,  preparing the motion for entry of the default and related documents, appearing in Court and reviewing any Orders entered in this case, preparing the motion for default judgment and related



**EXHIBIT**

C

documents.

     5.      The rate which our firm charges the Funds for my work is $155.00 per hour, $200.00 for Mr. J. Peter Dowd, $175.00 for the work of Ms. Michele Reynolds, $115.00 for the work of law clerks, and $95.00 for the work of paralegals.

     6.      I anticipate I will devote at least three additional hours to the case in preparing for and attending the hearing on this motion, examining any order or orders that may be entered, informing my client and the Defendant of the results and engaging in collection efforts on the Judgment; and I therefore seek recovery on behalf of the Funds, the charge which will be made for three hours of my time at the applicable rate in addition to the total 15.00 hours described in ¶4, for a total of 18.00 hours.

     7.      Based on 18.00 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $3,380.00.

     8.      In addition, the Funds have incurred costs in the amount of $476.17, specifically $350.00 for the filing fee, $11.49 for postage, $25.00 for process service fees, $52.68 for LEXIS research charges, $27.00 for photocopying charges, and $10.00 for fees related to service on the Defendant through the Secretary of State, .

     9.      Accordingly, the Benefit Funds has incurred or will incur attorneys' fees and costs in the amount of $3,856.17.

     I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Subscribed and sworn to
before me this 27th day of
February , 2008,

_Anna Marie Hernandez_
Notary Public

      LaKisha M. Kinsey-Sallis

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009

2