IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN** as Trustees of THE **FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,**<br><br>and<br><br>**MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC** as Trustees of **THE FOX VALLEY LABORERS' PENSION FUND,**<br><br>Plaintiffs,<br><br>v.<br><br>**BARTLETT SEWER & WATER, INC,**<br><br>Defendant. | Case No. 07 C 6837<br><br>Judge Zagel<br><br>Magistrate Judge Denlow |

### NOTICE OF MOTION

TO:  Bartlett Sewer & Water, Inc.
c/o Sharon Capasso, President & Registered Agent
P.O. Box 8265
Bartlett, IL 60103

Bartlett Sewer & Water, Inc.
c/o Sharon Capasso, President & Registered Agent
722 Fairview Lane
Bartlett, IL 60103

PLEASE TAKE NOTICE that on **Thursday, March 6, 2008 at 10:00 a.m.,** or as soon as thereafter I may be heard, I will before the Honorable James B. Zagel, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2503 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Judgment by Default, a copy of which is attached and served upon you.

                                          Respectfully Submitted,

                                          /s/ LaKisha M. Kinsey-Sallis
                                          LaKisha M. Kinsey-Sallis
                                          One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steve W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361