# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| MIKE SHALES, ET AL | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6837 |
| BARTLETT SEWER & WATER, INC. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs and against defendant Barlett Sewer & Water, Inc. in the amount of $19,376.67 pursuant to FRCvP 55(b).

Michael W. Dobbins, Clerk of Court

Date: 3/24/2008

/s/ Donald Walker, Deputy Clerk